UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| Rahman Gul Ahmadzai<br>Plaintiff,<br><br>v.<br><br>U.S. Department of Homeland Security et al,<br>Defendants, | ) | Civil Action No. 25-cv-30053-MGM |

ORDER OF DISMISSAL
July 24, 2026

In accord with docket entry [16]. The court hereby ORDERS this matter dismissed. The clerk is directed to close the case.

IT IS SO ORDERED.

By the Court,

*/s/ Mark G. Mastroianni*
Mark G. Mastroianni
U.S. District Judge